# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BARILLA CASTANEDA, CDCR #K-23993,<br><br>Plaintiff,<br><br>vs.<br><br>CDCR, et al.,<br><br>Defendants. | Case No.: 3:18-cv-1018-LAB-BGS<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**<br>**[Dkt. 19]** |

On July 8, 2019, this Court ordered Plaintiff Jesus Castaneda to show cause ("OSC") by August 5, 2019 why this case shouldn't be dismissed for failure to serve under Fed. R. Civ. P 4(m) and for failure to prosecute under Civ. L.R. 41.1(a). Dkt. 17. Castaneda did not respond to that OSC. Instead, on August 8, 2019, he filed a request to voluntarily withdraw his complaint. Dkt. 19. That request, construed as a notice of voluntary dismissal under Fed. R. Civ. Pro 41(a)(1)(A)(i), is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: August 8, 2019

*Larry A. Burns*

**HON. LARRY ALAN BURNS**
Chief United States District Judge